**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **STEVEN GIGNAC and** | ) | |
| **KIMBERLY GIGNAC,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 3-05-CV-554** |
| | ) | **JARVIS/SHIRLEY** |
| **TJL INDUSTRIAL, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Pending before the Court is the Motion to Appear *Pro Hac Vice* filed on behalf of Attorney

L. Keith Aldridge

It appearing that Mr. Aldridge was admitted to the bar of the Supreme Court of the State of

Tennessee and is associated with the law firm of Arnett, Draper & Hagood, Defendant's counsel in

this case, and it further appearing that Mr. Aldridge has an application for admission to this Court

pending pursuant to E. D. Tenn. L. R. 83.5, it is hereby ORDERED, that the motion is GRANTED.

ENTER this the _____ day of _____, 2006.

                                          s/ C. Clifford Shirley, Jr.
                                          United States Magistrate Judge
                                          U. S. DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 9, 2006, a true and exact copy of this pleading or document has been filed electronically. Notice of this filing will be sent by operation of the Court's Electronic Filing System to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's Electronic Filing System.

This 9th day of May, 2006.


Arnett, Draper & Hagood


By:  s/*F. Michael Fi*tzpatrick

2